E. BRYAN WILSON
Acting United States Attorney

JAMES KLUGMAN
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: james.klugman@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>  vs.<br><br>JEROD ROBERT ALEXANDER, a/k/a "Pac Man",<br><br>           Defendant. | No. 3:21-cr-00048-SLG-MMS<br><br>COUNT 1<br>DISTRIBUTION OF CONTROLLED SUBSTANCES<br>  Vio. of 21 U.S.C. § 841(a)(1), (b)(1)(C)<br><br>COUNT 2<br>POSSESSION OF CONTROLLED SUBSTANCES WITH INTENT TO DISTRIBUTE<br>  Vio. of 21 U.S.C. § 841(a)(1), (b)(1)(A)<br><br>COUNT 3<br>POSSESSION OF FIREARMS IN FURTHERANCE OF DRUG TRAFFICKING CRIME<br>  Vio. of 18 U.S.C. § 924(c)(1)(A)(i)<br><br>COUNT 4<br>FELON IN POSSESSION OF FIREARMS<br>  Vio. of 18 U.S.C. §§ 922(g)(1) and (924)(a)(2) |

|   | ) |
|---|---|
|   | ) ENHANCED STATUTORY |
|   | ) PENALTIES ALLEGATION |
|   | )   21 U.S.C. § 841(b)(1)(A) |
|   | ) |
|   | ) CRIMINAL FORFEITURE |
|   | ) ALLEGATION 1 |
|   | )   21 U.S.C. § 853(a)(1) and (2) and 28 |
|   | ) U.S.C. § 2461(c) |
|   | ) |
|   | ) CRIMINAL FORFEITURE |
|   | ) ALLEGATION 2 |
|   | )   18 U.S.C. § 924(d) and 28 U.S.C. |
|   | ) § 2461(c) |
|   | ) |

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about March 26, 2021, within the District of Alaska, the defendant, JEROD ROBERT ALEXANDER, knowingly and intentionally distributed a controlled substance, to wit: heroin.

All of which is in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C)

### COUNT 2

On or about April 22, 2021, within the District of Alaska, the defendant, JEROD ROBERT ALEXANDER, knowingly and intentionally possessed a controlled substance with intent to distribute, to wit: 1 kilogram or more of a mixture or substance containing a detectable amount of heroin.

All of which is in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)

COUNT 3

On or about April 22, 2021, within the District of Alaska, the defendant, JEROD ROBERT ALEXANDER, knowingly possessed firearms in furtherance of the drug trafficking crime charged in Count 2, to wit: a Colt AR-15 5.56mm semiautomatic rifle, a Springfield Armory XD .45 ACP semiautomatic pistol, a Glock 22 .40 S&W semiautomatic pistol, and an Extar AR-15 5.56mm semiautomatic pistol.

All of which is in violation of 18 U.S.C. § 924(c)(1)(A)(i).

COUNT 4

On or about April 22, 2021, within the District of Alaska, the defendant, JEROD ROBERT ALEXANDER, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate commerce, firearms and ammunition, to wit: a Colt AR-15 5.56mm semiautomatic rifle, a Springfield Armory XD .45 ACP semiautomatic pistol, a Glock 22 .40 S&W semiautomatic pistol, an Extar AR-15 5.56mm semiautomatic pistol, and associated ammunition.

Prior Convictions

| Conviction Date | Offense | Court | Case Number |
|---|---|---|---|
| August 27, 2013 | Distribution of Controlled Substances | U.S. District Court for the District of Alaska | 3:13-cr-00052-SLG |
| August 27, 2013 | Possession of a Controlled Substance with Intent to Distribute | U.S. District Court for the District of Alaska | 3:13-cr-00052-SLG |
| June 14, 2013 | Misconduct Involving a Controlled Substance in the Second Degree | Alaska Superior Court | 3AN-11-13257CR |
| March 22, 2010 | Robbery in the Second Degree | Alaska Superior Court | 3AN-09-07126 |

All of which is in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## ENHANCED STATUTORY PENALTIES ALLEGATION

Before the defendant, JEROD ROBERT ALEXANDER, committed the offense charged in Count 2, he had final convictions for serious drug felonies, misconduct involving a controlled substance in the second degree in violation of Alaska Stat. § 11.71.020(a)(1), distribution of controlled substances in violation of 21 U.S.C. § 841(a)(1), and possession of a controlled substance with intent to distribute in violation of 21 U.S.C. § 841(a)(1), for each of which he served a term of imprisonment of more than 12 months and for which his release from such term of imprisonment was within 15 years of the commencement of the offense charged in Count 1, and a final conviction for a serious violent felony, robbery in the second degree in violation of Alaska Stat. § 11.41.510(a)(1), for which he served a term of imprisonment of more than 12 months.

All pursuant to 21 U.S.C. § 841(b)(1)(A).

## CRIMINAL FORFEITURE ALLEGATION 1

The allegations contained in Counts 1-2 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 21 U.S.C. § 853(a)(1) and (2) and 28 U.S.C. § 2461(c).

Upon conviction for the offenses in violation of 21 U.S.C. § 841 set forth in Counts 1-2 of this Indictment, the defendant, JEROD ROBERT ALEAXNDER, shall forfeit to the United States any property constituting or derived from, and any proceeds obtained, directly or indirectly, as the result of such offenses, and any property used or intended to

Page 4 of 6
Case 3:21-cr-00048-SLG-MMS   Document 2   Filed 04/29/21   Page 4 of 6

be used, in any manner or part, to commit or to facilitate the commission of the offenses, including but not limited to:

1. A Colt AR-15 5.56mm semiautomatic rifle, serial number LE044955;
2. A Springfield Armory XD .45 ACP semiautomatic pistol, serial number S3263715;
3. A Glock 22 .40 S&W semiautomatic pistol, serial number RD299;
4. An Extar AR-15 5.56mm semiautomatic pistol, serial number EPO1439;
5. Associated ammunition;
6. Firearms accessories, including spare magazines and optics; and
7. Approximately $13,842 in U.S. currency.

All pursuant to 21 U.S.C. § 853(a)(1) and (2), 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

## CRIMINAL FORFEITURE ALLEGATION 2

The allegations contained in Counts 1of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Upon conviction for the offenses in violation of 18 U.S.C. §§ 922(g)(1) and 924(c) set forth in Counts 3-4 of this Indictment, the defendant, JEROD ROBERT ALEXANDER, shall forfeit to the United States shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) any firearms and ammunition used in knowing violation of the offense, including but not limited to:

1. A Colt AR-15 5.56mm semiautomatic rifle, serial number LE044955;

2. A Springfield Armory XD .45 ACP semiautomatic pistol, serial number S3263715;

3. A Glock 22 .40 S&W semiautomatic pistol, serial number RD299;

4. An Extar AR-15 5.56mm semiautomatic pistol, serial number EPO1439; and

5. Associated ammunition.

All pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON


s/ James Klugman
JAMES KLUGMAN
United States of America
Assistant U.S. Attorney



s/ E. Bryan Wilson
E. BRYAN WILSON
Acting United States of America
United States Attorney



DATE: 4/27/2021