# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JEROD ROBERT ALEXANDER,<br><br>    Defendant. | Case No. 3:21-cr-00048-SLG-MMS |

## TRIAL SCHEDULING ORDER

This case is set for Trial on **June 20, 2023**, in Anchorage Courtroom 2 before Judge Sharon L. Gleason. The Court hereby SETS the following deadlines:[1]

| | |
|---|---|
| **May 23, 2023**, filed by close of business | Motions *in limine* |
| **May 30, 2023**, filed by close of business | Responses to Motions *in limine* |
| | Trial brief |
| | Parties meet and confer on Proposed Jury Instructions |
| | Proposed Voir Dire |
| | A full set of Jury Instructions shall also be provided to Chambers in Word format and be modified to conform to the facts of the case. |
| **June 6, 2023,** by close of business | Exhibit exchange |
| filed by close of business | Proposed Jury Instructions |
| **June 12, 2023, at 1:30 p.m.**<br>in Anchorage Courtroom 2<br>before Judge Sharon L. Gleason | Final Pretrial Conference |

---

[1] *See* District of Alaska Local Civil Rules and District of Alaska Local Criminal Rule 1.1(b).

| | |
|---|---|
| **June 13, 2023,** filed by close of business | Trial Exhibit List |
| **June 20, 2023, at 8:30 a.m.**<br>in Anchorage Courtroom 2<br>before Judge Sharon L. Gleason | Trial by Jury |

DATED this 2nd day of February, 2023, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:21-cr-00048-SLG-MMS, *USA v. Alexander*
Trial Scheduling Order
Page 2 of 2
Case 3:21-cr-00048-SLG-MMS   Document 75   Filed 02/02/23   Page 2 of 2